1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7    ALBERT DYTCH,                                    Case No. 17-cv-00438-SI
8              Plaintiff,
9         v.                                          **ORDER GRANTING MOTION TO STRIKE**
10   ANTONIO MAGANA, et al.,                          Re: Dkt. No. 25
11             Defendants.

12        Plaintiff Albert Dytch filed a motion to strike defendant Maxaco, LLC's ("Maxaco's")

13   answer, Dkt. No. 13, because Maxaco improperly appeared *pro se* and needs to be represented by

14   counsel.  *See* Mot. to Strike (Dkt. No. 25) at 2 (citing *Rowland v. Cal. Men's Colony*, 506

15   U.S. 194, 196 (1993)).  Maxaco has not filed a response to plaintiff's motion, nor has it retained

16   counsel to represent it in this action.

17        Accordingly, plaintiff's motion to strike is GRANTED.  **Maxaco is hereby ORDERED to**

18   **appear through counsel within two weeks of the date of this order.  If no appearance**

19   **through counsel is filed, defendant Maxaco may be found in default**.

20
21        This order resolves Dkt. No. 25.

22        **IT IS SO ORDERED**.

23   Dated:   July 31, 2017

24                                                    _____
                                                     SUSAN ILLSTON
25                                                   United States District Judge
26
27
28