| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ALBERT DYTCH,

        Plaintiffs,

   v.

MAXACO, LLC,

        Defendants.

Case No. 17-cv-00438-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 25, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 31, 2018.

DESIGNATION OF EXPERTS: 8/20/18; REBUTTAL: 9/7/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 28, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 5, 2018;
    Opp. Due: October 19, 2018; Reply Due: October 26, 2018;
    and set for hearing no later than November 9, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: November 27, 2018 at 3:30 PM.

COURT TRIAL DATE: December 10, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in August 2018.

1    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects
     of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2    Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
     action.
3
          **IT IS SO ORDERED**.
4

5    Dated: 2/26/18
6                                              _____
7                                              SUSAN ILLSTON
                                               United States District Judge
8