UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>MAXACO, LLC,<br><br>    Defendant. | Case No. 17-cv-00438-SI<br><br>**ORDER RE: SCHEDULING**<br><br>Re: Dkt. No. 69 |

On October 29, 2018, the Court granted defendant's *ex parte* application to continue the parties' previously scheduled November 2, 2018 hearing date to November 16, 2018. Dkt. No. 68. Defendant also asked the Court for additional time to file a reply, despite having filed an opposition on October 26, 2018. Dkt. No. 66. Plaintiff now asks the Court for clarification as to the parties' briefing schedule.

The Court accepts the opposition filed on October 26, 2018. Defendant may not file another opposition or reply. Plaintiff is to file a reply by November 7, 2018.

**IT IS SO ORDERED.**

Dated: October 30, 2018

_____
SUSAN ILLSTON
United States District Judge