Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTONIO MAGANA dba FLACOS, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-00438-SI<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH THE COURT'S RETENTION OF JURISDICTION TO RESOLVE PLAINTIFF'S CLAIM FOR ATTORNEYS' FEES AND COSTS**<br><br>**[~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Albert Dytch ("Plaintiff"), and Defendant, Maxaco, LLC ("Defendant," and together with Plaintiff, "the Parties"), all remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** by the Parties that the Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any subsequent motion Plaintiff may bring to recover his attorneys' fees and costs ("Fees Motion"). Any Fees Motion shall be filed within 45 days of the date the Court issues its Order on this stipulation.

Dated: January 22, 2019          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: January 22, 2019

*/s/ Peter A. Magganas*
Peter A. Magganas
Attorney for Defendant,
Maxaco, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Court retainA jurisdiction over this matter for the purpose of adjudicating any motion brought by Plaintiff to recover his attorneys' fees and costs ("Fees Motion").

2. Plaintiff shall file any Fees Motion within 45 days of the date of this Order.

3. Except as provided for in paragraph 1, the action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: 1/28/19

SUSAN ILLSTON
United States District Judge